866

County, New York, denied. *Messrs. Austin Sherman, Howard E. Reinheimer* and *A. P. G. Steffes* for petitioner. *Mr. Arthur M. Boal* for respondents.

No. 975. CALLOWAY, TRUSTEE, *v.* HART. April 2, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. William H. Sadler* for petitioner. *Mr. Crampton Harris* for respondent.

No. 995. METRIK *v.* FORT TRYON GARDENS, INC. April 2, 1945. Petition for writ of certiorari to the Supreme Court, Appellate Term, First Department, of New York, denied. *Mr. Jacob W. Friedman* for petitioner. *Mr. Alfred C. Bennett* for respondent.

No. 998. ESTATE OF KROGER ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE. April 2, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Messrs. Ike Lanier, C. Chester Guy, J. E. Marshall* and *Edward J. Quinn* for petitioners. *Solicitor General Fahy, Assistant Attorney General Samuel O. Clark, Jr., Messrs. Sewall Key, Carlton Fox* and *Miss Helen R. Carloss* for respondent.

Nos. 1001 and 1002. PRESIDENT & DIRECTORS OF MANHATTAN COMPANY *v.* KELBY ET AL., TRUSTEES, ET AL. April 2, 1945. Petition for writs of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. John Lord O'Brian, J. M. Richardson Lyeth, Mark W. Maclay* and *Charles A. Horsky* for petitioner. *Messrs.*